| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Shea-Stonum, Marilyn E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>2/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2 South Main Street-Rm. 240
Akron, Ohio 44308

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | National Conference of Bankruptcy Judges Endowment for Education |
| 2. | Trustee | ▨ Educational Trust |
| 3. | Chair, 2012 National Conference of Bankruptcy Judges' Education Program | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Jones, Day, Reavis & Pogue Retirement Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 2/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | U.S. Courts -- Salary | $160,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Case Western Reserve University - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 3/3-7/2011 | San Diego, CA | Educational | Reimbursement of expenses; site visit for 2012 Education Program Planning Committee |
| 2. | National Conference of Bankruptcy Judges | 4/4-6/2011 | Palm Desert, CA | Educational | Attendance at midyear NCBJ meeting and at NCBJ Endowment Board meeting; reinbursement of expenses |
| 3. | National Conference of Bankruptcy Judges | 10/11/16/2011 | Tampa, FL | Educational | Attendance at annual NCBJ meeting, NCBJ Endowment Board meeting and NCBJ initial 2012 Education Program planning meeting; exp. reimbursement |
| 4. | National Conference of Bankruptcy Judges | 12/1-3/2011 | San Diego, CA | Educational | Reimbursement of expenses for site visit for 2012 Education Program Planning |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 2/12/2013 |

| 5. | Allegheny Bar Association | 12/8-9/2011 | Pittsburgh, PA | Educational | Reimbursement of expenses as speaker at CLE |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Shea-Stonum, Marilyn E.** | 2/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Shea Living Trust | Secured loan on investment property in ▓▓▓▓ , CA | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 2/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cardinal Health Inc. | A | Dividend | K | T | | | | | |
| 2. Carefusion Corp. (X) | | None | J | T | | | | | |
| 3. Bernstein US Strategic Value (Sanford Burnstein Equity) Fund | | None | M | T | | | | | |
| 4. Alliance Bernstein US Strategic Val Cit (X) | | None | L | T | | | | | |
| 5. American Funds AMCAP Fund A - IRA | C | Int./Div. | L | T | | | | | |
| 6. American Funds American Mutual Fund A - IRA | B | Int./Div. | L | T | | | | | |
| 7. TIAA CREF - Retirement Plan | E | Int./Div. | P1 | T | | | | | |
| 8. JDR&P Balanced Fund | A | Int./Div. | P1 | T | | | | | |
| 9. DWS Investment Trust Capital Growth FD CL A | A | Dividend | K | T | | | | | |
| 10. Barr Laboratories -IRA | | None | J | T | | | | | |
| 11. Microchip Technologies | A | Dividend | J | T | Donated (part) | | | | |
| 12. Qualcomm Inc stock | A | Dividend | K | T | Donated (part) | | | | |
| 13. Columbia Growth & Income Fund-Z | A | Int./Div. | K | T | Redeemed (part) | 02/28/11 | M | E | |
| 14. Brandywine Fund | A | Int./Div. | O | T | | | | | |
| 15. Valley Savings | C | Int./Div. | N | T | | | | | |
| 16. First Merit | A | Int./Div. | K | T | | | | | |
| 17. Baron Partners Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 2/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Key Bank, N.A. | A | Int./Div. | J | T | | | | | |
| 19. Fidelity Value Fund | A | Int./Div. | J | T | | | | | |
| 20. Pioneer Value Fund | A | Int./Div. | J | T | | | | | |
| 21. Amgen Incorporated | | None | K | T | | | | | |
| 22. AIM Energy Fund Cl A | A | Int./Div. | J | T | | | | | |
| 23. Alger SMidcap Growth Fd Cl A | A | Int./Div. | J | T | | | | | |
| 24. Rental property in [   ], Orange County, CA | E | Rent | N | R | Buy | 02/28/11 | N | | Bank of America |
| 25. Baron Partners Fund | | None | J | T | | | | | |
| 26. Blackrock Allcap Global | A | Int./Div. | J | T | | | | | |
| 27. Columbia Marsico 21st Century Fund Cl A | | None | J | T | | | | | |
| 28. Dreyfus S&P Stars Oppty fd Cl A | | None | | | Merged (with line 32) | 06/30/11 | J | | |
| 29. Fidelity Val Discovery | A | Dividend | J | T | | | | | |
| 30. Fidelity Value Fund | A | Int./Div. | K | T | | | | | |
| 31. Disney Walt Co 6.375% note due 3/1/12 | A | Interest | K | T | Buy | 03/02/11 | K | | |
| 32. Dreyfus Mid Cap Core FD | A | Int./Div. | J | T | Open | 06/30/11 | J | | |
| 33. GE Money Bank CD (X) | A | Interest | J | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 2/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares MSCI AUS Index Fund (X) | A | Int./Div. | K | T | | | | | |
| 36. Keeley Small Cap Fund ClA | | None | J | T | | | | | |
| 37. New York St. Twy Aut Note (X) | A | Interest | J | T | | | | | |
| 38. Pioneer Value Fund ClA | | None | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. T Row Price Latin | A | Dividend | J | T | | | | | |
| 41. Wells Fargo Advantage small/mid cap Vlaue Fund | A | Dividend | J | T | | | | | |
| 42. fractional interest in oil well operated by Sun Oil Co. | B | Royalty | K | W | | | | | |
| 43. Berkshire Hathaway B Fund | | None | L | T | | | | | |
| 44. Schwab Money Market | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea-Stonum, Marilyn E. | 2/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marilyn E. Shea-Stonum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544